FILED
CLERK, U.S. DISTRICT COURT

APR 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: MJ-09-00661 |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Gina Michelle Contreras ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

| | | |
|---|---|---|
|1| | _____ |
|2| | _____ |
|3| | _____ |
|4| |and/or|
|5|B.|[X] The defendant has not met his/her burden of establishing by|
|6| |clear and convincing evidence that he/she is not likely to pose|
|7| |a danger to the safety of any other person or the community if|
|8| |released under 18 U.S.C. § 3142(b) or (c). This finding is based|
|9| |on: _____|
|10| |_____|
|11| |_____|
|12| |_____|

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: April 3, 2009

_____
JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE